IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARSHALL CHATMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No: 1:21-cv-00074-SEB-DML |
| YAMAHA MARINE SYSTEMS COMPANY, INC., | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Marshall Chatman, by counsel, and the Defendant, Yamaha Marine Systems Company, Inc., by counsel, having resolved all counts and claims in this cause of action, respectfully stipulate to the DISMISSAL of this cause of action, in its entirety and WITH PREJUDICE.  Each party shall bear its own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Leah N. Miller (w/ permission)* | */s/ Lucy B. Bednarek* |
| Darron S. Stewart | Lucy B. Bednarek, #34968-49 |
| Leah N. Miller | 111 Monument Circle, Suite 4600 |
| Stewart & Stewart Attorneys | Indianapolis, IN  46204 |
| 931 S. Rangeline Road | Telephone:  (317) 916-1300 |
| Carmel, IN 46032 | Facsimile:  (317) 916-9076 |
| *darron@getstewart.com* | *lucy.bednarek@ogletree.com* |
| *leahm@getstewart.com* | |
| | Attorney For Defendant |
| Attorneys For Plaintiff | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system. Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

Darron S. Stewart
Leah N. Miller
Stewart & Stewart Attorneys
931 S. Rangeline Road
Carmel, IN 46032
*darron@getstewart.com*
*leahm@getstewart.com*

         *s/ Lucy B. Bednarek*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076

49330421.1