IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARSHALL CHATMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No: 1:21-cv-00074-SEB-DML |
| YAMAHA MARINE SYSTEMS COMPANY, INC., | ) ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised herein, now finds that the Stipulation is granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed, with prejudice.

SO ORDERED THIS __2nd__ day of __December__, 2021.

_[signature: Sarah Evans Barker]_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on
all ECF registered counsel of record via
email generated by the court's ECF system.

49330480.1